**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *United States of America v. Franklin Erik Nichols*  
Criminal No. RWT-13-0441

DATE: January 14, 2014

\* \* \* \* \* \* \* \* \*

At the request of the parties, the sentencing in the above matter is hereby **RESCHEDULED** from January 15, 2014 at 9:00 a.m. to **March 20, 2014 at 9:00 a.m.**

Despite the informal nature of this ruling, it shall constitute a Sealed Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge